UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERRICK JERMAINE ARCENEAUX (#376350)

VERSUS

STEVE RADER, ET AL.

CIVIL ACTION

NO. 10-518-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Supplemental Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 13, 2010 (doc. no. 21) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the claims alleged in the plaintiff's amended complaint are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the claims against M. Allen and R. Lowe are DISMISSED for failure to timely serve them pursuant to Rule 4(m), Fed.R.Civ.P., and this action is DISMISSED.

Baton Rouge, Louisiana, January 18th, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA